IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF THE      §
PETITION OF DEVIN COLEMAN      §   No. 525, 2017
FOR A WRIT OF MANDAMUS      §

Submitted:   December 18, 2017
Decided:     January 16, 2018

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

## **ORDER**

This 16th day of January 2018, upon consideration of the petition of Devin Coleman for a writ of mandamus and the State's answer and motion to dismiss, it appears to the Court that:

(1) The petitioner, Devin Coleman, seeks to invoke the original jurisdiction of this Court, under Supreme Court Rule 43, to issue a writ of mandamus prohibiting the Department of Correction from placing him in detention for a prison disciplinary violation. The State has filed an answer and motion to dismiss Coleman's petition.

(2) After careful consideration, we find that Coleman's petition manifestly fails to invoke the Court's jurisdiction. This Court lacks original jurisdiction to issue a writ of mandamus to the Department of Correction.[1] Accordingly, the petition must be dismissed.

---

[1] *In re Hitchens*, 600 A.2d 37, 38 (Del. 1991) (holding that the Court's original writ jurisdiction is limited to instances when the respondent is a court or a judge).

NOW, THEREFORE, IT IS ORDERED that the petition for the issuance of an extraordinary writ of mandamus is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice